
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. McCloud, Jeff Lee DEFENDANT(S). | CASE NUMBER SACR10-234 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tuesday__ __12/14/10__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   (Other custodial officer)

Dated: __12/13/10__                                  _____ ROBERT N. BLOCK
                                                     U.S. District Judge/Magistrate Judge